IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THERESA OWENS | : | Civil Action No. 3:21-cv-15066-MAS-DEA |
| Plaintiff, | : | |
| v. | : | |
| AMAZON.COM SERVICES, LLC | : | |
| Defendant. | : | |

**JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE**

Pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), the Parties, by and through their respective undersigned counsel, hereby stipulate and agree to the dismissal of this action, with prejudice and without costs.

Respectfully Submitted:

**Murphy Law Group, LLC**

/s/ *Jake Daniel Novelli, Esq.*
Jake Daniel Novelli, Esq.
Michael Murphy, Esq.
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
jnovelli@phillyemploymentlawyer.com
murphy@phillyemploymentlawyer.com
*Attorneys for Plaintiff*

Dated: April 22, 2022

Respectfully Submitted:

**Morgan, Lewis & Bockius LLP**

/s/ *Tova F. Katims, Esq.*
Tova F. Katims, Esq.
August W. Heckman III
502 Carnegie Center
Princeton, New Jersey 08540
tova.katims@morganlewis.com
august.heckman@morganlewis.com
*Attorneys for Defendant*

Dated: April 22, 2022

So Ordered this 28th day of April, 2022.

_____
**Honorable Michael A. Shipp, U.S.D.J.**